UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-2133-KK-PVCx** | Date: | October 3, 2025 |
|---|---|---|---|
| Title: | ***Dylan Blasczak v. Simpson et al.*** | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Twyla Freeman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Dismissing Action Without Prejudice

On August 25, 2025, the Court issued an Order granting Plaintiff's request to proceed <u>in forma pauperis</u> and requiring Plaintiff to pay an initial partial filing fee of $5.20 within 30 days. ECF Docket No. ("Dkt.") 4. Plaintiff was expressly advised failure to comply with this instruction would result in this action being dismissed without prejudice. <u>Id.</u>

To date, Plaintiff has not paid the required initial filing. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. (JS-6)

**IT IS SO ORDERED**.